

INCOAL INCORPORATED, Appellant,

v.

Melvin CONLEY et al., Appellees.

Court of Appeals of Kentucky.

June 14, 1974.

Fred G. Francis, Francis & Kazee, Prestonsburg, for appellant.

Grayson Johnson, Hindman, Thomas L. Ferreri, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

Leroy MORRIS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 14, 1974.

Leroy Morris, pro se.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

3

Luther CUNIGAN, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 14, 1974.

Luther Cunigan, pro se.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

William R. BRADLEY and Charlotte F. Bradley, his wife.

v.

Walter F. MESCHKO and Mary Meschko, his wife.

Court of Appeals of Kentucky.

June 14, 1974.

William L. Wiesman, Owensboro, for appellants.

William M. Gant, Owensboro, for appellees.

Memorandum Opinion of the Court by GEORGE H. KUNZMAN, Special Commissioner, Affirming.*

* Opinion ordered not to be published.